UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-08249-CBM-PVCx | Date | September 8, 2026 |
| Title | *Roberta Alexander-Seals v. SIU Credit Union et al.* | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DISMISSAL**

On February 1, 2024, the Court granted Defendants' motion to compel arbitration and stay the case pending arbitration. (Dkt. No. 47.) On January 14, 2025, the parties were ordered to file a status report re arbitration no later than June 2, 2025 (Dkt. No. 56) but no report was filed. On August 19, 2026, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute and comply with court orders. (Dkt. No. 57.) Plaintiff filed a response to the order show cause indicating arbitration has not been initiated. (Dkt. No. 58.) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

00 : 00